# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAL SCOTT DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | No. 2:19-CV-2072-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for leave to proceed in forma pauperis (ECF No. 11). A review of the docket reflects that plaintiff previously moved for in forma pauperis status and that the motion was granted. Accordingly, plaintiff's current motion is denied as duplicative.

    IT IS SO ORDERED.

Dated: January 2, 2020

    DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE

1