IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>SCOTT JONES, et al.,<br><br>    Defendants. | No. 2:19-CV-2072-TLN-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On August 20, 2020, the Court determined this action is appropriate for service on defendant Holt.  See ECF No. 17.  The Court directed plaintiff to submit documents for service of process to the United States Marshal within 15 days.  To date, plaintiff has not complied and by separate findings and recommendations, the Court recommends the action be dismissed for lack of prosecution.  Given plaintiff's failure to take the required steps to complete service of process, the scheduling conference set for December 9, 2020, at 10:00 a.m., before the undersigned in Redding, California, is hereby vacated.

    IT IS SO ORDERED.

Dated: September 17, 2020

    _____
    DENNIS M. COTA
    UNITED STATES MAGISTRATE JUDGE

1