UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCOTT DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>SCOTT JONES, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-02072-TLN-DMC<br><br>**ORDER** |

Plaintiff Michael Scott Davis ("Plaintiff"), an individual proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 18, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. (ECF No. 21.) No objections to the findings and recommendations have been filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

///

1

Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 18, 2020 (ECF No. 21), are ADOPTED IN FULL;

2. This action is DISMISSED, without prejudice, for lack of prosecution and failure to comply with court rules and orders; and

3. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

DATED: October 21, 2020

Troy L. Nunley
United States District Judge